GREENBERG TRAURIG, LLP
Allen G. Kadish
Burke A. Dunphy
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200

Proposed Attorneys for Mount Vernon Monetary Management
  Corp., *et al.*, Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

| | |
|---|---|
| **In re:** | : |
| **1540 ROOSEVELT AVENUE, LLC,** | :   Chapter 11 |
|         **Debtor.** | :   Case No. 10-_____ ( ) |
| **Tax ID No: 27-1437564** | : |

-------------------------------------------------------- x

-------------------------------------------------------- x

| | |
|---|---|
| **In re:** | : |
| **185 LLC,** | :   Chapter 11 |
|         **Debtor.** | :   Case No. 10-_____ ( ) |
| **Tax ID No: 13-4113429** | : |

-------------------------------------------------------- x

-------------------------------------------------------- x

| | |
|---|---|
| **In re:** | : |
| **415 HUGUENOT LLC,** | :   Chapter 11 |
|         **Debtor.** | :   Case No. 10-_____ ( ) |
| **Tax ID No: 26-0881873** | : |

-------------------------------------------------------- x

-------------------------------------------------------- x

| | |
|---|---|
| **In re:** | : |
| **44 N. SAW MILL, LLC,** | :   Chapter 11 |
|         **Debtor.** | :   Case No. 10-_____ ( ) |
| **Tax ID No: 51-0642399** | : |

-------------------------------------------------------- x

```
------------------------------------------------- x
In re:                                           :
AMERICAN ARMORED CAR, LTD.,                       :   Chapter 11
                                Debtor.           :   Case No. 10-_____( )
Tax ID No: 13-3783996                             :
------------------------------------------------- x
------------------------------------------------- x
In re:                                           :
ANNEX CORP.,                                      :   Chapter 11
                                Debtor.           :   Case No. 10-_____( )
Tax ID No: 13-3747880                             :
------------------------------------------------ x
------------------------------------------------- x
In re:                                           :
ARMORED MONEY SERVICES, LLC,                      :   Chapter 11
                                Debtor.           :   Case No. 10-_____( )
Tax ID No: 20-8670612                             :
------------------------------------------------- x
------------------------------------------------- x
In re:                                           :
ATM MANAGEMENT, LLC,                              :   Chapter 11
                                Debtor.           :   Case No. 10-_____( )
Tax ID No: N/A                                    :
------------------------------------------------- x
------------------------------------------------- x
In re:                                           :
BARRON ATM CORP.,                                 :   Chapter 11
                                Debtor.           :   Case No. 10-_____( )
Tax ID No: 13-3656049                             :
------------------------------------------------- x
```

2

```
------------------------------------------------------- x
                                                        :
In re:                                                  :
                                                        :
CRYSTAL PUBLIC COMMUNICATIONS,                          :   Chapter 11
INC.,                                                   :
                                                        :   Case No. 10-_____( )
                          Debtor.                       :
                                                        :
Tax ID No: 22-3642226                                   :
                                                        :
------------------------------------------------------- x
------------------------------------------------------- x
                                                        :
In re:                                                  :
                                                        :
DISTRICT CENTRAL STATION ALARM                          :   Chapter 11
CORP.,                                                  :
                                                        :   Case No. 10-_____( )
                          Debtor.                       :
                                                        :
Tax ID No: 13-2848143                                   :
                                                        :
------------------------------------------------------- x
------------------------------------------------------- x
                                                        :
In re:                                                  :
                                                        :
DISTRICT CENTRAL ALARM SERVICE                          :   Chapter 11
CORP.,                                                  :
                                                        :   Case No. 10-_____( )
                          Debtor.                       :
                                                        :
Tax ID No: 13-4179143                                   :
                                                        :
------------------------------------------------------- x
------------------------------------------------------- x
                                                        :
In re:                                                  :
                                                        :
DISTRICT SECURITY SERVICES, LLC,                        :   Chapter 11
                          Debtor.                       :   Case No. 10-_____( )
                                                        :
Tax ID No: N/A                                          :
------------------------------------------------------- x
```

```
------------------------------------------------------------ x
In re:                                      :
    EZ-KI REALTY CORP.,                     :  Chapter 11
                              Debtor.       :  Case No. 10-_____(   )
    Tax ID No: 13-3426048                   :
------------------------------------------------------------ x
------------------------------------------------------------ x
In re:                                      :
    EZ-RI REALTY CORP.,                     :  Chapter 11
                              Debtor.       :  Case No. 10-_____(   )
                                            :
    Tax ID No: 13-3234281                   :
------------------------------------------------------------ x
------------------------------------------------------------ x
In re:                                      :
    GNC PAYROLL PLUS, INC.,                 :  Chapter 11
                              Debtor.       :  Case No. 10-_____(   )
                                            :
    Tax ID No: N/A                          :
------------------------------------------------------------ x
------------------------------------------------------------ x
In re:                                      :
    GT PUBLIC SERVICES, INC. (f/k/a         :  Chapter 11
    PUBLIC ACCESS NETWORKS SERVICES         :  Case No. 10-_____(   )
    INC.),                                  :
                              Debtor.       :
                                            :
    Tax ID No: N/A                          :
------------------------------------------------------------ x
```

4

```
------------------------------------------------- x
In re:                                           :
MANHATTAN MONEY BRANCH.COM,                       :    Chapter 11
INC.,                                            :    Case No. 10-_____ (    )
                                    Debtor.      :
Tax ID No: 04-3717555                            :
                                                 :
------------------------------------------------- x
------------------------------------------------- x
In re:                                           :
MICHELLE CORP,                                    :    Chapter 11
                                    Debtor.      :    Case No. 10-_____ (    )
Tax ID No: 13-3425891                            :
------------------------------------------------- x
------------------------------------------------- x
In re:                                           :
MKEY, LLC,                                        :    Chapter 11
                                                 :    Case No. 10-_____ (    )
                                    Debtor.      :
Tax ID No: N/A                                   :
------------------------------------------------- x
------------------------------------------------- x
In re:                                           :
MONEY KIOSK CORP.,                                :    Chapter 11
                                                 :    Case No. 10-_____ (    )
                                    Debtor.      :
Tax ID No: N/A                                   :
------------------------------------------------- x
```

```
------------------------------------------------------- x
                                                         :
 In re:                                                  :
                                                         :
 MONTGOMERY CHECK CASHING                                :    Chapter 11
 CORP.,                                                  :    Case No. 10-_____(    )
                                                         :
                                   Debtor.               :
                                                         :
 Tax ID No: 13-3426163                                   :
------------------------------------------------------- x
------------------------------------------------------- x
                                                         :
 In re:                                                  :
                                                         :
 MOUNT VERNON MONETARY                                   :    Chapter 11
 MANAGEMENT CORP.,                                       :    Case No. 10-_____(    )
                                                         :
                                   Debtor.               :
                                                         :
 Tax ID No: 13-3672811                                   :
------------------------------------------------------- x
------------------------------------------------------- x
                                                         :
 In re:                                                  :
                                                         :
 MOUNT VERNON MONEY CENTER                               :    Chapter 11
 CORP. (a/k/a MVMC CORP.),                               :    Case No. 10-_____(    )
                                                         :
                                   Debtor.               :
                                                         :
 Tax ID No: 13-3441540                                   :
------------------------------------------------------- x
------------------------------------------------------- x
                                                         :
 In re:                                                  :
                                                         :
 M.V.M.C. SERVICE STATION, INC.,                         :    Chapter 11
                                                         :    Case No. 10-_____(    )
                                   Debtor.               :
                                                         :
 Tax ID No: 13-3628479                                   :
------------------------------------------------------- x
```

6

```
------------------------------------------------------- x
```
**In re:**                                   :

**MVMC HOLDING CORP.,**            :   Chapter 11

                         **Debtor.**     :   Case No. 10-_____(   )

 **Tax ID No: 13-4179144**             :
```
------------------------------------------------------- x
```

```
------------------------------------------------------- x
```
**In re:**                                     :

**MVMC SERVICE, INC.,**          :   Chapter 11

                         **Debtor.**     :   Case No. 10-_____(   )

 **Tax ID No: 20-4369456**             :
```
------------------------------------------------------- x
```

```
------------------------------------------------------- x
```
**In re:**                                     :

**MVMM CORP.,**                  :   Chapter 11

                         **Debtor.**     :   Case No. 10-_____(   )

 **Tax ID No: 13-3672811**             :
```
------------------------------------------------------- x
```

```
------------------------------------------------------- x
```
**In re:**                                     :

**NOWCASH, LTD.,**              :   Chapter 11

                         **Debtor.**     :   Case No. 10-_____(   )

 **Tax ID No: 20-4721973**             :
```
------------------------------------------------------- x
```

```
------------------------------------------------------- x
```
**In re:**                                     :

**QUICK CASH, LLC,**            :   Chapter 11

                         **Debtor.**     :   Case No. 10-_____(   )

 **Tax ID No: N/A**                    :
```
------------------------------------------------------- x
```

*NY240,179,597V 12*

```
------------------------------------------------------- x
In re:                                        :
TIME SQUARE PAYMENT CENTER, INC.,  :  Chapter 11
                            Debtor.   :  Case No. 10-_____ (    )
                                      :
 Tax ID No: 13-3424446                :
------------------------------------------------------- x
------------------------------------------------------- x
In re:                                        :
 VET'S ATM CORP.,                     :  Chapter 11
                          Debtor.     :  Case No. 10-_____ (    )
                                      :
 Tax ID No: 13-3624255                :
------------------------------------------------------- x
------------------------------------------------------- x
In re:                                        :
ZIPES EQUITIES, LTD.,                 :  Chapter 11
                            Debtor.   :  Case No. 10-_____ (    )
                                      :
 Tax ID No: 11-3121167                :
------------------------------------------------------- x
```

## APPLICATION FOR AN ORDER
## DIRECTING JOINT ADMINISTRATION

Mount Vernon Monetary Management Corp. ("**MVMMC**") and its above-captioned affiliates and related entities as debtors and debtors in possession (collectively, the "**Debtors**") seek an order directing the joint administration of their Chapter 11 cases, and in support thereof respectfully represent:

### Summary of Relief Requested

1.     By this Application, the Debtors respectfully request that this Court enter an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), directing the joint administration of the Debtors' Chapter 11 cases. The

8

Debtors seek joint administration of these Chapter 11 cases because (i) all of Debtors are affiliates; (ii) the Debtors' businesses overwhelmingly share common management; and (iii) the finances of the Debtors' businesses are significantly related such that the joint administration of these cases will provide a cost-efficient and timely administration of the Debtors' cases.

### Jurisdiction, Venue and Statutory Predicates

2.     This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is core pursuant to 28 U.S.C. § 157(b)(2)(A), (B) and (O).  Venue is proper in this Court pursuant to 28 U.S.C. § 1408.  The Debtors seek the relief requested herein pursuant to Bankruptcy Rule 1015.

### Background

3.     On the date hereof (the "**Petition Date**"), each of the Debtors filed with this Court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  Each Debtor is continuing to operate its businesses and manage their properties as debtors in possession pursuant to Sections 1107(a) and 1108 of the United States Bankruptcy Code (the "**Bankruptcy Code**"), as discussed below.

4.     No creditors' committee has been appointed in these cases.  No trustee or examiner has been appointed.

### The Debtors

5.     For a detailed description of the Debtors, their creditors and businesses as well as the circumstances leading to these filings, the Debtors refer the Court and other interested parties to the contemporaneously-filed *Declaration of Allen D. Applbaum in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief,* dated as of the Petition Date

(the "**First Day Declaration**"),[1] which is incorporated herein by reference to the extent required to give context to or factual support for this Motion.

## Relief Requested and Reasons Therefor

6.     The Debtors respectfully request to have their cases jointly administered pursuant to Bankruptcy Rule 1015(b), which expressly authorizes the joint administration of two or more cases pending in the same court involving a debtor and its affiliates.

7.     All of the entities that have filed for bankruptcy protection are affiliates as that term is defined in Section 101(2) of the Bankruptcy Code, by virtue of their common ownership, and by their operational interconnectivity.  In addition, the businesses of the Debtor are centrally managed.  The finances of the Debtors' businesses are also significantly related such that the Debtors' efforts will be expedited through joint administration.  Separate books and records of each of the Debtors' active businesses are kept and will continue to be kept in the ordinary course of business.  Separate schedules of assets and liabilities will be prepared for each Debtor.

8.     In order to optimally and economically service the Debtors' Chapter 11 cases, the cases should be jointly administered, for procedural purposes only, under the case number assigned to the lead debtor, MVMMC.  Many of the motions, hearings and orders that will be involved in these Chapter 11 cases will affect each and every Debtor.  Joint administration will reduce fees and costs and ease the onerous administrative burden on the Court and other parties in interest of otherwise having multiple documents filed in multiple case dockets.

---

[1]     The First Day Declaration is available on PACER, the Court's electronic docket system.  Any party unable to retrieve this document from PACER may contact the Debtors' counsel for a copy.  Capitalized terms used therein and undefined herein shall have the meanings used therein.

9.     The rights of Debtors' respective creditors will not be adversely affected by joint administration of these Chapter 11 cases because this Motion requests only joint administration of the Debtors' cases, and not substantive consolidation.  Each creditor will still be required to file a claim against a particular Debtor's estate.  Motions and other pleadings, however, will be filed only in the lead case.  Thus, the rights of all creditors will be enhanced by the reduced costs and burdens resulting from joint administration.  In addition, this Court will be relieved of the burden of entering duplicative orders and maintaining duplicative files.  Finally, supervision of the administrative aspects of these Chapter 11 cases by the Office of the United States Trustee will be simplified.

10.     By reason of the foregoing, the interests of the Debtors, their creditors and other interested parties would be best served by joint administration of the Debtors' Chapter 11 cases.  Accordingly, the Debtors request that the jointly administered caption of its Chapter 11 cases be directed as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                          :
**In re:**                                                :          Chapter 11
                                                          :
**MOUNT VERNON MONETARY**                                 :          Case No. 10-_____ (        )
  **MANAGEMENT CORP.,** *et al.,*                         :
                                                          :          Jointly Administered
              **Debtors.**                                :
                                                          :
-----------------------------------------------------------------x

11.     The Debtors request that a docket entry be made in each of the above-captioned cases substantially as follows:

An order has been entered in this case directing the procedural consolidation and joint administration of the

Chapter 11 cases of 1540 Roosevelt Avenue, LLC; 185 LLC; 415 Huguenot LLC; 44 N. Saw Mill, LLC; American Armored Car, Ltd.; Annex Corp.; Armored Money Services, LLC; ATM Management, LLC; Barron ATM Corp.; Crystal Public Communications, Inc.; District Central Station Alarm Corp.; District Central Alarm Service Corp.; District Security Services, LLC; EZ-KI Realty Corp; EZ-RI Realty Corp.; GNC Payroll Plus, Inc.; GT Public Services, Inc. (f/k/a Public Access Networks Services Inc.); Manhattan Money Branch.com, Inc.; Michelle Corp.; MKey, LLC; Money Kiosk Corp.; Montgomery Check Cashing Corp.; Mount Vernon Monetary Management Corp.; Mount Vernon Money Center Corp. (a/k/a/ MVMC Corp.); M.V.M.C. Service Station, Inc.; MVMC Holding Corp.; MVMC Service, Inc.; MVMM Corp.; NowCash, Ltd.; Quick Cash, LLC; Time Square Payment Center, Inc.; Vet's ATM Corp.; and Zipes Equities, Ltd.

## No Prior Request

12.    No prior request for the relief sought herein has been made to this or to any other court.

[remainder of page left intentionally blank]

**Conclusion**

WHEREFORE, the Debtors request the Court enter an order directing joint administration of the Debtors' Chapter 11 cases and granting such other and further relief as is just and proper.

Dated:  New York, New York          GREENBERG TRAURIG, LLP
        May 27, 2010


                                        By: /s/ Allen G. Kadish
                                            Allen G. Kadish
                                            Burke A. Dunphy
                                      200 Park Avenue
                                      New York, New York 10166
                                      Telephone:  (212) 801-9200
                                      kadisha@gtlaw.com
                                      dunphyb@gtlaw.com

                                      Proposed Attorneys for Mount Vernon
                                        Monetary Management Corp., *et al.*, Debtors

*NY240,179,597V 12*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

In re:                                                          :

**1540 ROOSEVELT AVENUE, LLC,**             : Chapter 11

                      **Debtor.**   : Case No. 10-_____ (        )

**Tax ID No: 27-1437564**                              :

------------------------------------------------------------ x

------------------------------------------------------------ x

In re:                                                          :

**185 LLC,**                                              : Chapter 11

                      **Debtor.**   : Case No. 10-_____ (        )

**Tax ID No: 13-4113429**                              :

------------------------------------------------------------ x

------------------------------------------------------------ x

In re:                                                          :

**415 HUGUENOT LLC,**                          : Chapter 11

                      **Debtor.**   : Case No. 10-_____ (        )

**Tax ID No: 26-0881873**                              :

------------------------------------------------------------ x

------------------------------------------------------------ x

In re:                                                          :

**44 N. SAW MILL, LLC,**                         : Chapter 11

                      **Debtor.**   : Case No. 10-_____ (        )

**Tax ID No: 51-0642399**                              :

------------------------------------------------------------ x

------------------------------------------------------------ x

In re:                                                          :

**AMERICAN ARMORED CAR, LTD.,**       : Chapter 11

                      **Debtor.**   : Case No. 10-_____ (    )

**Tax ID No: 13-3783996**                              :

------------------------------------------------------------ x

```
------------------------------------------------------- x
In re:                                        :
ANNEX CORP.,                                  :   Chapter 11
                              Debtor.         :   Case No. 10-_____(     )
Tax ID No: 13-3747880                         :
------------------------------------------------------- x
------------------------------------------------------- x
In re:                                        :
ARMORED MONEY SERVICES, LLC,                  :   Chapter 11
                              Debtor.         :   Case No. 10-_____(     )
Tax ID No: 20-8670612                         :
------------------------------------------------------- x
------------------------------------------------------- x
In re:                                        :
ATM MANAGEMENT, LLC,                          :   Chapter 11
                              Debtor.         :   Case No. 10-_____(     )
Tax ID No: N/A                                :
------------------------------------------------------- x
------------------------------------------------------- x
In re:                                        :
BARRON ATM CORP.,                             :   Chapter 11
                              Debtor.         :   Case No. 10-_____(     )
Tax ID No: 13-3656049                         :
------------------------------------------------------- x
------------------------------------------------------- x
In re:                                        :
CRYSTAL PUBLIC COMMUNICATIONS,                :   Chapter 11
INC.,                                         :   Case No. 10-_____(     )
                              Debtor.         :
Tax ID No: 22-3642226                         :
------------------------------------------------------- x
```

2

```
-------------------------------------------------- x
```
In re:                                              :

**DISTRICT CENTRAL STATION ALARM**                  :    Chapter 11
**CORP.,**
                                                    :    Case No. 10-_____ (    )
                    **Debtor.**                     :

 Tax ID No: 13-2848143                              :
                                                    :
```
-------------------------------------------------- x
```
```
-------------------------------------------------- x
```
In re:                                              :

**DISTRICT CENTRAL ALARM SERVICE**                  :    Chapter 11
**CORP.,**
                                                    :    Case No. 10-_____ (    )

                    **Debtor.**                     :

 Tax ID No: 13-4179143                              :
```
-------------------------------------------------- x
```
```
-------------------------------------------------- x
```
In re:                                              :

**DISTRICT SECURITY SERVICES, LLC,**                :    Chapter 11
                    **Debtor.**                     :    Case No. 10-_____ (    )

 Tax ID No: N/A                                     :
```
-------------------------------------------------- x
```
```
-------------------------------------------------- x
```
In re:                                              :

**EZ-KI REALTY CORP.,**                             :    Chapter 11
                    **Debtor.**                     :    Case No. 10-_____ (    )

 Tax ID No: 13-3426048                              :
```
-------------------------------------------------- x
```
```
-------------------------------------------------- x
```
In re:                                              :

**EZ-RI REALTY CORP.,**                             :    Chapter 11
                                                    :    Case No. 10-_____ (    )
                    **Debtor.**
                                                    :
 Tax ID No: 13-3234281                              :
```
-------------------------------------------------- x
```

3

```
----------------------------------------------------------- x
 In re:                                           :
 GNC PAYROLL PLUS, INC.,                           :   Chapter 11
                                                   :   Case No. 10-_____(   )
                                    Debtor.        :
                                                   :
 Tax ID No: N/A                                    :
----------------------------------------------------------- x
----------------------------------------------------------- x
 In re:                                           :
 GT PUBLIC SERVICES, INC. (f/k/a                   :   Chapter 11
 PUBLIC ACCESS NETWORKS SERVICES                   :   Case No. 10-_____(   )
 INC.),                                            :
                                                   :
                                    Debtor.        :
                                                   :
 Tax ID No: N/A                                    :
----------------------------------------------------------- x
----------------------------------------------------------- x
 In re:                                           :
 MANHATTAN MONEY BRANCH.COM,                       :   Chapter 11
 INC.,                                             :   Case No. 10-_____(   )
                                    Debtor.        :
                                                   :
 Tax ID No: 04-3717555                             :
                                                   :
----------------------------------------------------------- x
----------------------------------------------------------- x
 In re:                                           :
 MICHELLE CORP,                                    :   Chapter 11
                                    Debtor.        :   Case No. 10-_____(   )
 Tax ID No: 13-3425891                             :
----------------------------------------------------------- x
----------------------------------------------------------- x
 In re:                                           :
 MKEY, LLC,                                        :   Chapter 11
                                                   :   Case No. 10-_____(   )
                                    Debtor.        :
 Tax ID No: N/A                                    :
----------------------------------------------------------- x
```

4

------------------------------------------------------- x

In re:                                          :

**MONEY KIOSK CORP.,**               :   Chapter 11

                      **Debtor.**  :   Case No. 10-_____ (  )

                                        :

**Tax ID No: N/A**                     :

------------------------------------------------------- x

------------------------------------------------------- x

In re:                                          :

**MONTGOMERY CHECK CASHING CORP.,**  :   Chapter 11

                              :   Case No. 10-_____ (  )

                      **Debtor.**  :

**Tax ID No: 13-3426163**            :

------------------------------------------------------- x

------------------------------------------------------- x

In re:                                          :

**MOUNT VERNON MONETARY MANAGEMENT CORP.,**  :   Chapter 11

                              :   Case No. 10-_____ (  )

                      **Debtor.**  :

**Tax ID No: 13-3672811**            :

------------------------------------------------------- x

------------------------------------------------------- x

In re:                                          :

**MOUNT VERNON MONEY CENTER CORP. (a/k/a MVMC CORP.),**  :   Chapter 11

                              :   Case No. 10-_____ (  )

                      **Debtor.**  :

**Tax ID No: 13-3441540**             :

------------------------------------------------------- x

```
-------------------------------------------------- x
```
**In re:**                        :

**M.V.M.C. SERVICE STATION, INC.,**    :   Chapter 11

                      **Debtor.**    :   Case No. 10-_____(   )

                           :

**Tax ID No: 13-3628479**
```
-------------------------------------------------- x
-------------------------------------------------- x
```
**In re:**                        :

**MVMC HOLDING CORP.,**    :   Chapter 11

                      **Debtor.**    :   Case No. 10-_____(   )

**Tax ID No: 13-4179144**             :
```
-------------------------------------------------- x
-------------------------------------------------- x
```
**In re:**                        :

**MVMC SERVICE, INC.,**    :   Chapter 11

                      **Debtor.**    :   Case No. 10-_____(   )

                           :

**Tax ID No: 20-4369456**
```
-------------------------------------------------- x
-------------------------------------------------- x
```
**In re:**                        :

**MVMM CORP.,**    :   Chapter 11

                      **Debtor.**    :   Case No. 10-_____(   )

**Tax ID No: 13-3672811**             :
```
-------------------------------------------------- x
-------------------------------------------------- x
```
**In re:**                        :

**NOWCASH, LTD.,**    :   Chapter 11

                      **Debtor.**    :   Case No. 10-_____(   )

**Tax ID No: 20-4721973**             :
```
-------------------------------------------------- x
```

```
----------------------------------------------------------- x
In re:                                     :
     QUICK CASH, LLC,                      :   Chapter 11
                           Debtor.         :   Case No. 10-_____(   )
     Tax ID No: N/A                        :
----------------------------------------------------------- x
----------------------------------------------------------- x
In re:                                     :
TIME SQUARE PAYMENT CENTER, INC.,          :   Chapter 11
                           Debtor.         :   Case No. 10-_____(   )
                                           :
     Tax ID No: 13-3424446                 :
----------------------------------------------------------- x
----------------------------------------------------------- x
In re:                                     :
     VET'S ATM CORP.,                      :   Chapter 11
                           Debtor.         :   Case No. 10-_____(   )
     Tax ID No: 13-3624255                 :
----------------------------------------------------------- x
----------------------------------------------------------- x
In re:                                     :
ZIPES EQUITIES, LTD.,                      :   Chapter 11
                           Debtor.         :   Case No. 10-_____(   )
                                           :
     Tax ID No: 11-3121167                 :
----------------------------------------------------------- x
```

## ORDER DIRECTING JOINT ADMINISTRATION

Upon consideration of the application (the "**Application**") of Mount Vernon Monetary Management Corp. and each of its above-captioned affiliates and related entities, as debtors and debtors in possession (collectively, the "**Debtors**") seeking entry of an order pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**")

7

directing the joint administration of the Debtors' Chapter 11 cases, all as described more fully in the Motion; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is core pursuant to 28 U.S.C. § 157(b)(2)(A), (B) and (O); and it appearing that venue is proper in this district pursuant to 28 U.S.C. § 1408; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and all parties in interest; and upon the *Declaration of Allen D. Applbaum In Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief*; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion be, and hereby is, granted; and it is further

ORDERED that the above-captioned Chapter 11 cases be, and hereby are, jointly administered for procedural purposes only; and the joint caption of the cases shall read as it appears immediately below:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                              :
**In re:**                                                    :       Chapter 11
                                                              :
**MOUNT VERNON MONETARY**                                     :       Case No. 10-_____ (      )
  **MANAGEMENT CORP.,** *et al.,*                             :
                                                              :       Jointly Administered
                        **Debtors.**                          :
                                                              :
---------------------------------------------------------------x

and it is further

ORDERED that all original pleadings shall be captioned as indicated in the preceding paragraph, all original docket entries shall be made in the case of Mount Vernon Monetary Management Corp., Case No. 10-_____(___), and a docket entry shall be made in

each of the other Debtors' Chapter 11 cases and in any subsequently filed related cases, substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of 1540 Roosevelt Avenue, LLC; 185 LLC; 415 Huguenot LLC; 44 N. Saw Mill, LLC; American Armored Car, Ltd.; Annex Corp.; Armored Money Services, LLC; ATM Management, LLC; Barron ATM Corp.; Crystal Public Communications, Inc.; District Central Station Alarm Corp.; District Central Alarm Service Corp.; District Security Services, LLC; EZ-KI Realty Corp; EZ-RI Realty Corp.; GNC Payroll Plus, Inc.; GT Public Services, Inc. (f/k/a Public Access Networks Services Inc.); Manhattan Money Branch.com, Inc.; Michelle Corp.; MKey, LLC; Money Kiosk Corp.; Montgomery Check Cashing Corp.; Mount Vernon Monetary Management Corp.; Mount Vernon Money Center Corp. (a/k/a/ MVMC Corp.); M.V.M.C. Service Station, Inc.; MVMC Holding Corp.; MVMC Service, Inc.; MVMM Corp.; NowCash, Ltd.; Quick Cash, LLC; Time Square Payment Center, Inc.; Vet's ATM Corp.; and Zipes Equities, Ltd.    , and that all further pleadings and other papers are filed in, and all further docket entries are made in Case No. 10-_____(___).

and it is further

ORDERED that one docket shall be established jointly for all cases; and it is further

ORDERED that the Clerk of the Bankruptcy Court and/or the agent designated by the Court, as applicable, shall maintain a separate claims register for each case, and proofs of claim asserted against any one Debtor shall be filed in the particular case of the Debtor against whom such claim is asserted; and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that this Order be, and hereby is, effective immediately upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: White Plains, New York
      _____, 2010

_____
UNITED STATES BANKRUPTCY JUDGE